1
2
3
4
5
6
7
8
9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JASON TIMOTHY WILLIAMS, | Civil No. 2:24-cv-02585-AC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, with the approval of the Court, that this action be remanded for further

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take

further action to develop the administrative record, as necessary, and issue a new decision.

///

///

1    The parties further request that the Clerk of the Court be directed to enter a final judgment

2  in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

3

4                                    Respectfully submitted,

5
   Dated: January 22, 2025            LAW OFFICES OF FRANCESCO BENAVIDES
6
                                      By:/s/ Francesco Benavides*
7                                        FRANCESCO BENAVIDES
                                         Attorneys for Plaintiff
8                                        [*As authorized by e-mail on Jan. 22, 2025]

9
   Dated: January 23, 2025            MICHELE BECKWITH
10                                     Acting United States Attorney
                                       MATHEW W. PILE
12                                     Associate General Counsel
                                       Office of Program Litigation, Office 7
13
                               By:     /s/ Margaret Branick-Abilla
14                                     MARGARET BRANICK-ABILLA
                                       Special Assistant United States Attorney
15                                     Attorneys for Defendant

16

17

18                                    **ORDER**

19
   Pursuant to stipulation, IT IS SO ORDERED.
20

21

22
   DATED: January 23, 2025
23                                     ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28